Jian-Guo Yu et al., Plaintiffs, v Greenway Mews Realty L.L.C. et al., Defendants. Greenway Mews Realty L.L.C., Third-Party Plaintiff/Respondent, et al., Third-Party Plaintiff, v UAD Group, Third-Party Defendant/Appellant.

Submitted January 25, 2016; decided March 29, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Burke v Crosson*, 85 NY2d 10, 18 n 5 [1995]).

Judge Abdus-Salaam taking no part.

Seth Mitchell, Appellant, v New York University et al., Respondents.

Submitted January 19, 2016; decided March 29, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

The People of the State of New York, Respondent, v James Miller, Appellant.

Submitted February 1, 2016; decided March 29, 2016

Motion to vacate this Court's January 8, 2016 preclusion order granted.